**FILED**

JUN 19 2007

U.S. DISTRICT COURT
BAY CITY, MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIE HAYNES,

    Defendant.

_____/

Criminal No. 07-CR-_____-BC

**07-20317**

**JUDGE THOMAS L. LUDINGTON**

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

That from on or about April of 2002 through on or about March of 2004 in the Eastern District of Michigan, **WILLIE HAYNES**, defendant herein, did make and cause to be made false statements and representations of material fact, knowing them to be false, in reports and documents required to be filed by the United Auto Workers Local 362, a labor organization of which the defendant then served as an officer for and that was engaged in an industry affecting commerce, within the meaning of Sections 402(i)

1

and 402(j) of Title 29, United States Code, with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report (Form LM-2) for fiscal years 2001, 2002 and 2003, all in violation of Title 29, United States Code, section 439(b).

Dated: June 19, 2007

STEPHEN J. MURPHY
United States Attorney

*Michael Hluchaniuk*
Michael Hluchaniuk (P15007)
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708
(989) 895-5712
FAX: (989) 895-5790

| | | |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | **07-20317**<br>Case No. 07- |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes    X No | AUSA's Initials: |

**Case Title:**   United States v. Willie Haynes

**County where offenses occurred:**   Bay

**Check One:**        ☐ Felony         X Misdemeanor         ☐ Petty

- X    Indictment____/Information____ **no prior complaint.**
- ☐    Indictment____/Information based upon prior complaint [**Case number:**         )
- ☐    Indictment____/Information based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information:**

**Superseding to Case No:**            **Judge:**

- ☐    Original case was terminated; no additional charges or defendants.
- ☐    Corrects errors; no additional charges or defendants.
- ☐    Involves, for plea purposes, different charges or adds counts.
- ☐    Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                                **Charges**

June 19, 2007

*Michael Hluchaniuk*
Michael Hluchaniuk (P15007)
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48707
(989) 895-5712   FAX: (989) 895-5790
E-mail address: michael.hluchaniuk@usdoj.gov

---

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99